Woodrow STEWART, Appellant,

v.

OLD CIRCLE COAL COMPANY et al.,
Appellees.

Court of Appeals of Kentucky.

May 4, 1973.

Robert J. Greene, Perry & Greene, Paintsville, Harold Stumbo, Prestonsburg, for appellant.

Fred G. Francis, Prestonsburg, Robert Hawkins, Dept. of Labor, J. Keller Whitaker, Workmen's Comp. Board, Frankfort, Gemma Harding, Special Fund, Department of Labor, Louisville, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

David Eugene WARNELL

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

May 4, 1973.

David E. Warnell, pro se.

Ed W. Hancock, Atty. Gen., Douglas E. Johnson, Special Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion by Justice REED, Affirming.*

James Boyd WALKER, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 4, 1973.

James Boyd Walker, pro se.

Ed W. Hancock, Atty. Gen., John M. Famularo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

Mrs. Philip P. WALKER, Jr., Appellant,

v.

JEFFERSON CO. BD. OF EDUCATION
et al., Appellees.

Court of Appeals of Kentucky.

May 4, 1973.

Marvin E. Jewell, Edward T. Ewen, Jr., Louisville, for appellant.

James G. Apple and J. Donald Dinning, Eugene Mosley, Asst. Co. Atty., Louisville, for appellees.

Memorandum Opinion by Special Commissioner J. G. M. ROBINSON, Affirming.*

* Opinion ordered not to be published.